PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Andre Lloyd Steer  Cr.: 15-00205-004
PACTS #: 823331

Name of Sentencing Judicial Officer: THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/09/2016

Original Offense: Conspiracy To Distribute Cocaine

Original Sentence: 24 months imprisonment, 24 months supervised release, $100 special assessment

Special Conditions: Alcohol/Drug Testing and Treatment

Type of Supervision: Supervised Release  Date Supervision Commenced: 01/19/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'** |
| | A drug test administered on March 6, 2018, appeared positive for marijuana. Steer admitted to having smoked a few days prior and signed an admission form. |

U.S. Probation Officer Action:

We respectfully request that no action be taken at this time. Steer will undergo an assessment to ascertain whether out-patient treatment is necessary at this time; at a minimum, he will be required to participate in Narcotics Anonymous (NA) meetings and will also be subject to increased drug testing.

Respectfully submitted,

*Denise Morales*

By: Denise Morales
    U.S. Probation Officer
Date: 03/12/2018

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

March 12, 2018
_____
Date