PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Andre Lloyd Steer  Cr.: 15-00205-004
PACTS #: 823331

Name of Sentencing Judicial Officer:  THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/09/2016

Original Offense: Conspiracy To Distribute Cocaine

Original Sentence: 24 months imprisonment, 24 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment

Type of Supervision: Supervised Release  Date Supervision Commenced: 01/19/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | A drug test administered on April 13, 2018, tested positive for marijuana. |

U.S. Probation Officer Action:

The offender was referred for out-patient drug counseling to Integrity House. We respectfully request that no action be taken at this time. We will notify the Court of any continued noncompliance.

Respectfully submitted,

Luis R. Gonzalez
Digitally signed by Luis R. Gonzalez
Date: 2018.06.21 15:18:05 -04'00'

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 06/21/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

June 22, 2018
_____
Date