PROB 12B
(4/17)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Andre Lloyd Steer    Cr.: 15-00205-004
                                       PACTS #: 823331

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/09/2016

Original Offense:  Count One: Conspiracy to Distribute Cocaine, 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & (b)(1)(C)]

Original Sentence: 24 months imprisonment, 24 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment

<u>Type of Supervision: Supervised Release                Date Supervision Commenced: 01/19/2018</u>

## PETITIONING THE COURT

☑ To modify the conditions of supervision as follows:

**LOCATION MONITORING PROGRAM (two months)**

You must submit to the Location Monitoring Program as noted below for a period of two months:

You must wear an electronic monitoring device (radio frequency transmitter) and follow all location monitoring procedures as directed by the U.S. Probation Office. The cost of the monitoring is waived.

## CAUSE

On April 7, 2019, a home visit was conducted, at which time it was determined that Steer moved and failed to notify the undersigned. Additionally, Steer has not attended treatment at COPE since March 28, 2019, and admitted to smoking marijuana on April 20, 2019.

Respectfully submitted,

*Amy J. Capozzolo/jj*
By: Amy J. Capozzolo
    U.S. Probation Officer
Date: 04/25/2019

THE COURT ORDERS:

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐ No Action

☐ Other

_____
Signature of Judicial Officer

April 26, 2019
Date