PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Andre Lloyd Steer  Cr.: 15-00205-004
PACTS #: 823331

Name of Sentencing Judicial Officer:  THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/09/2016

Original Offense:   Conspiracy to Distribute a Quantity of Cocaine

Original Sentence: 24 months imprisonment, 24 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment

Type of Supervision: Supervised Release  Date Supervision Commenced: 01/19/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1  The offender has been attending outpatient substance abuse treatment at Turning Point. On three occasions, the offender failed to submit urine drug screens while attending sessions, specifically on September 10, 2019, September 24, 2019, and October 4, 2019. In addition, the offender has continued to use marijuana, as evidenced by positive drug screens administered on May 30, 2019, August 27, 2019, September 3, 2019, and September 17, 2019. On October 8, 2019, a conference call occurred between the probation officer, offender and treating clinician at Turning Point. During this call, the offender admitted to using marijuana on October 6, 2019.

U.S. Probation Officer Action:
The offender's substance abuse treatment at Turning Point has been intensified and we will continue to monitor and address his compliance in the program. This will also serve as a formal written reprimand for the offender, addressing his noncompliance.

Respectfully submitted,
*Susan Karlak*
By: Susan Karlak
Senior U.S. Probation Officer
Date: 10/10/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

Oct 16, 2019
_____
Date